Before STATE INDUSTRIAL BOARD, Respondent. KATHERINE BALLOS, Appellant, v. MUNSON STEAMSHIP LINE and Another, Respondents.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH BALSER, Respondent, v. BROOKLYN IRON WORKS, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE BARKER, Respondent, v. TREMAN, KING COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant was an independent contractor. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. NORMAN BARTH, Respondent, v. WILL CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PAULINE S. BECKER, Respondent, v. AUGUST SCHUL and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK BELL, Respondent, v. LINCOLN ENGINEERING CORPORATION, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. SAVERINE BELLAMO, Respondent, v. RUMSEY PUMP COMPANY, LTD., Appellant.— Motion granted, unless, within thirty days, appellant perfects its appeal, in which case motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. CATHERINE BENSON, Respondent, v. ALEXANDER SMITH & SONS CARPET COMPANY, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no written notice of death was given; and there being neither proof nor finding that the employer had knowledge of an accident, if any there were, the failure to give notice has not properly been excused. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. IKE BERGER, Respondent, v. IKE BERGER, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PASQUALE BERNARDINE, Respondent, v. SALVATORE INDELICATO and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that in measuring the vision of the claimant acuity of vision has alone been considered; and upon the authority of *Struble* v. *Vacuum Oil Co.* (*post*, p. 844), decided herewith. The matter is also remitted for further consideration of causal relation. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JACOB BERNIUS, Respondent, v. ERNEST GIMBEL and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, because the finding of partial loss of use of hand is not sustained by any evidence. All concur.

B. COOK BROADFOOT, Respondent, v. BERT E. PUDNEY, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects his appeal by October twentieth, and pays said costs, in which event motion is denied.